IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

     Plaintiff,               02:06-cv-0988-GEB-KJM-P

   vs.

STEPHEN W. MAYBERG, et al.,

     Defendants.         ORDER

_____/

       On January 3, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 20, 2006, dismissing plaintiff's complaint.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 20, 2006, is affirmed.

Dated:  January 10, 2007

GARLAND E. BURRELL, JR.
United States District Judge